STATE OF LOUISIANA

PARISH OF WEST BATON ROUGE

I, _Sharon Paul_ Deputy Clerk of Court in and for the Parish of West Baton Rouge, State of Louisiana, do hereby certify that the attached documents are true and correct copies of the civil suit entitled _Jewel Cazeo + Rhonda Cazeo vs. State Farm Fire and Casualty_ Docket Number _38051_ consisting of _10_ pages, the original of which documents are on file in my office.

Port Allen, Louisiana, this _16th_ day of _December_ 2009

_Sharon Paul_
DEPUTY CLERK OF COURT
WEST BATON ROUGE PARISH

**EXHIBIT A**

# CLAYTON & FRUGE

607 NORTH ALEXANDER AVENUE
PORT ALLEN, LOUISIANA 70767-2356
(225) 344-7000  FAX # (225) 383-7631

TONY CLAYTON
tclaytonlaw@aol.com

September 1, 2009

MICHAEL FRUGE
michaelfruge@claytonfrugelaw.com

**VIA HAND DELIVERY**
Honorable Mark J. Graffeo, Clerk of Court
18th Judicial District Court
Parish of West Baton Rouge
850 8th Street
Port Allen, Louisiana 70767

Re: *Jewel Cazes and Rhonda Cazes v. State Farm Fire and Casualty Insurance Company*
Petition for Damages

Dear Sir:

Enclosed, please find an original and one (1) copies of a Petition for Damages to be filed in the above referenced matter. Please file the original into the record of this matter and return the remaining file-stamped copy to my courier for my records. Thank you for your assistance in this matter.

Also enclosed is our firm check in the amount of $250.00 to cover the cost of filing and service. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

CLAYTON AND FRUGÉ

Michael P. Frugé

MPF/med
Enclosures

cc: Mr. Jewel Cazes and Mrs. Rhonda Cazes
Mr. Tony Clayton (w/o enclosures)

| | |
|---|---|
| JEWEL CAZES AND RHONDA CAZES | SUIT NO.: 38051  SECTION: A |
| VERSUS | 18TH JUDICIAL DISTRICT COURT |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | PARISH OF WEST BATON ROUGE |

STATE OF LOUISIANA

### PETITION FOR DAMAGES

The petition of Jewel Cazes and Rhonda Cazes (hereinafter collectively "Petitioners"), both persons of the full age of majority and residents of the Parish of West Baton Rouge, State of Louisiana, respectfully represent:

1.

Made defendant herein is State Farm Fire and Casualty Insurance, a foreign insurance company which is authorized to do and doing business in the State of Louisiana.

2.

At all times relevant hereto petitioners owned property located at 2435 Allene Street, Brusly, Louisiana, 70719.

3.

At all times relevant hereto, defendant, State Farm Fire and Casualty Insurance Company, provided a policy of insurance to petitioners, policy no. 18-BP-5654-8 G, which policy provided coverage for the incident and damages at issue herein.

4.

On or about September 1, 2008, Hurricane Gustav caused severe wind and rain in the Brusly area.

5.

The winds and rain from Hurricane Gustav caused massive damage to the interior, exterior, and/or grounds of Petitioners' property located at 2435 Allene Street, Brusly, Louisiana, 70719.

6.

All of the damage to Petitioners' property was caused by Hurricane Gustav wind and/or wind driven rain.

7.

Immediately after Hurricane Gustav, Petitioners reported the damage to their insurer and

made demand for payment.

8.

Satisfactory proof of loss was supplied to State Farm Fire and Casualty Insurance Company.

9.

Thereafter, failed to fulfill its obligations under the policy of insurance, and is liable unto your Petitioners for the following reasons, to-wit:

    a. Failing to pay for all damages due under the policy;

    b. Failing to include all damages in scope of loss / damage estimate;

    c. Failing to bring in qualified professionals to timely and properly assess all of the damages;

    d. Refusing to pay for "matching" of items such as roof tiles, shingles and paint;

    e. Overly depreciating the value of the property and the value of contents items;

    f. Refusing to explain or provide insured with a copy of the depreciation schedule used to calculate depreciation;

    g. Failing to pay for post-catastrophe price increases;

    h. Failing to timely and/or fully pay Alternative/Additional Living Expenses or Loss of Use;

    i. Failing to timely and/or fully pay all business interruption losses and expenses;

    j. Failure to timely and properly communicate with its insured;

    k. Bad faith breach of the insurance contract with plaintiff; and

    l. Arbitrary and capricious failure to investigate, initiate loss adjustment, analyze, and pay claim in good faith and within a reasonable period of time, all in violation of LSA R.S. Art. 22:868, formerly 22:1220 and 22:658.

10.

As a result of the foregoing acts and/or omissions, should adequately compensate Petitioners for all items covered under the policy of insurance, including but not limited to:

    a. Full value of the property damage to Petitioners' property;

    b. Loss of Use;

    c. Recoverable Depreciation;

    d. Mold Damage and Remediation;

e. Debris Clean Up and Removal;

f. Cost of Compliance;

g. Mental Anguish;

h. Attorney fees and case costs;

i. Lost rents;

j. any and all damages, foreseeable or not, that are a direct consequence of the defendant's bad faith to perform pursuant to the insurance contract; and

k. Arbitrary and capricious penalties, attorney's fees, and general and special damages pursuant to LSA R.S. Art. 22:868, formerly 22:1220 and 22:658.

WHEREFORE, your petitioners, Jewel Cazes and Rhonda Cazes, pray that the defendant, State Farm Fire and Casualty Insurance Company, be served with a copy of this petition, and that after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of your petitioners, Jewel Cazes and Rhonda Cazes, for all amounts commensurate with their damages to include property damage, loss of use, recoverable depreciation, mold damage and remediation, debris clean up and removal, cost of compliance, loss of business, loss of contents, loss of past, present and future rents, general and special damages, and arbitrary and capricious penalties and attorney's fees pursuant to LSA R.S. Art. 22:868, formerly 22:1220 and 22:658, all as reasonable under the premise, to be determined by the trier of fact; said judgment against defendant, State Farm Fire and Casualty Insurance Company, together with legal interest thereon from the date of judicial demand until paid, for all cost of these proceedings, for all expert fees and for all general and equitable relief.

BY ATTORNEYS:

**CLAYTON & FRUGE**
607 North Alexander Avenue
Port Allen, Louisiana 70767
Telephone: (225) 344-7000
Facsimile: (225) 383-7631

_____
A.M. "Tony" Clayton, Bar Roll #21191
Michael P. Fruge, Bar Roll #26287

*Attorneys for Plaintiffs, Jewell Cazes and Rhonda Cazes*

**PLEASE HOLD SERVICE AT THIS TIME:**



# CLAYTON & FRUGE

607 NORTH ALEXANDER AVENUE
PORT ALLEN, LOUISIANA 70767-2356
(225) 344-7000   FAX # (225) 383-7631

TONY CLAYTON
tclaytonlaw@aol.com

MICHAEL FRUGE
michaelfruge@claytonfrugelaw.com

November 18, 2009

**<u>VIA FACSIMILE (225) & US. MAIL</u>**
Honorable Mark J. Graffeo, Clerk of Court
Parish of West Baton Rouge
850 8th Street
Port Allen, Louisiana 70767
Attention: Donna

Re: ***Jewel Cazes, et al v. State Farm Fire and Casualty Insurance Co.***
Suit No.: 38,051, Division "A"; 18th JDC; Parish of West Baton Rouge

Dear Sir:

On September 1, 2009, plaintiff filed a petition for damages. Please issue service of the petition for damages to the defendants listed below:

State Farm Fire and Casualty Company
Through its registered agent for service:

Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

Thank you for your assistance in this matter.

Pursuant to your office, we have enough funds in our account to cover the cost of this request. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

**CLAYTON & FRUGÉ**

Michael P. Frugé

MPF/med

cc: Mr. Jewel Cazes and Mrs. Rhonda Cazes
Mr. Tony Clayton

```
CITATION                                    [handwritten: 805-1500]
========================================================================
                    18TH JUDICIAL DISTRICT COURT
                      PARISH OF WEST BATON ROUGE
                          STATE OF LOUISIANA
```

JEWEL CAZES ET AL

VERSUS CV-1038051 - A

STATE FARM FIRE AND CASUALTY INS CO

**RETURN TO W B R CLERK**

THE STATE OF LOUISIANA AND SAID COURT

TO:
STATE FARM FIRE AND CASUALTY CO THRU SEC OF STATE 8585 ARCHIVES AVE BATON ROUGE, LA 70809

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE PETITION

FILED BY PLAINTIFF

IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A COPY OF WHICH ACCOMPANIES THIS CITATION, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID PARISH, AT THE CITY OF PORT ALLEN, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS, THE HONORABLE JUDGE OF OUR SAID COURT, AT PORT ALLEN, LOUISIANA, 11/18/2009.

_____
DEPUTY CLERK OF COURT

I made service on the named party through the Office of the Secretary of State by tendering a copy of this document to JULIE NESBITT, Deputy Sheriff, Parish of East Baton Rouge, Louisiana

NOV 25 2009

RECEIVED
NOV 24 2009
E.B.R. SHERIFF'S OFFICE

# King, Krebs & Jurgens, P.L.L.C.

COUNSELORS AT LAW
201 ST. CHARLES AVENUE
45TH FLOOR
NEW ORLEANS, LOUISIANA 70170
TELEPHONE: (504) 582-3800
FAX: (504) 582-1233
E-MAIL: info@kingkrebs.com
http://www.kingkrebs.com

---

| | |
|---|---|
| Deliver To: | West Baton Rouge Clerk of Court |
| Company: | 18th JDC |
| Fax: | 225-383-3694 |
| Phone: | 225-383-0378 |
| Total Pages: | 4 |
| From: | Brent M. Burns |
| Phone: | (504) 582-3800 |
| Our File No. | 3109-055 |
| Date: | December 10, 2009 |
| Message: | Please see attached. |

If you do not receive the entire transmission, please call the Copy Room at (504) 582-3800 as soon as possible.

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain information which is confidential or proprietary in nature and/or protected by the attorney-client/work product priviledge. This transmission and the information contained in it is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on its contents is prohibited. If you have received this transmission in error, please notify us immediately by telephone (calling us collect, if necessary) to arrange for return of the transmission. Your cooperation is greatly appreciated.

# King, Krebs & Jurgens, P.L.L.C.

COUNSELORS AT LAW

201 ST. CHARLES AVENUE
45TH FLOOR
NEW ORLEANS, LOUISIANA 70170
TELEPHONE: (504) 582-3800
FAX: (504) 582-1233
E-MAIL: info@kingkrebs.com
www.kingkrebs.com

HOUSTON OFFICE:
3303 Weslayan, Suite 120
HOUSTON, TEXAS 77057
PHONE: (713) 334-5844
FAX: (713) 334-5820

AFFILIATED OFFICES:

NEW DELHI, INDIA
ATHENS, GREECE

WRITER'S DIRECT LINE: (504)582-1277
E-MAIL: bburns@kingkrebs.com

December 10, 2009

VIA FACSIMILE AND
VIA FIRST CLASS U.S. MAIL
Clerk of Court
18th Judicial District Court
Parish of West Baton Rouge
850 Eighth Street
P.O. Box 107
Port Allen, LA 70767

Re:  Jewel Cazes & Rhonda Cazes v. State Farm Fire & Casualty Insurance Company
     18th JDC Case No. 38051, Division A
     Our File: 3109-055

Dear Sir or Madam:

Enclosed please find an original and two (2) copies of Motion and Order for Extension of Time to be filed into the record of the above referenced matter. Kindly return a conformed copy of the motion to the undersigned in the enclosed self-addressed, stamped envelope. I have enclosed this firm's check in the amount of $45.00 to cover the cost of filing.

Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Brent M. Burns

BMB:rsc
Enclosures
cc:  David A. Strauss
     A.M. "Tony" Clayton
     Michael P. Fruge

18TH JUDUCIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 38051	DIVISION "A"

JEWEL CAZES AND RHONDA CAZES

VERSUS

STATE FARM FIRE AND CASUALTY INSURANCE COMPANY

FILED: _____	_____
	DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

Defendant, State Farm Fire and Casualty Company, moves this Honorable Court to extend an additional thirty (30) days to Defendant, the time within which Defendant must answer Plaintiffs' Petition for Damages, on the grounds that additional time is necessary for the obtaining of further information and completing of necessary investigation preparatory to answering. No previous extensions of time have been obtained from the adverse party in this action or granted by this Court.

Respectfully submitted,

_____
DAVID A. STRAUSS, #24665
BRENT M. BURNS, #29547
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233

*Attorneys for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by hand delivery, facsimile or by placing the same in the United States mail, properly addressed and postage pre-paid, this 10th day of December, 2009.

_____
BRENT M. BURNS

# 18TH JUDUCIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

## STATE OF LOUISIANA

NO. 38051                                                                                                 DIVISION "A"

## JEWEL CAZES AND RHONDA CAZES

## VERSUS

## STATE FARM FIRE AND CASUALTY INSURANCE COMPANY

FILED: _____        _____

                                                                                                               DEPUTY CLERK

## ORDER

Considering the above and foregoing motion of Defendant, State Farm Fire and Casualty Company, requesting a thirty (30) day extension of time to plead, it is ordered, adjudged and decreed that such extension of time be granted.

Port Allen, Louisiana, this _____ day of _____, 2009.

                                                                                  _____
                                                                                                     JUDGE